# 3 PAGE WRIT & INVOCATION



# Mr. Nə'Guerian Simóne... Rollerson-Wright;

**HEREDITARY NATIVE AMERICAN SEMINOLE; WAR CHIEFTAN, "THE CHIEF SON", "CHIEF OF THE WAR", "INKA", "UNCONQUERED", CHIEF Nə'GUERIAN,**

WORLD TRIBAL RULER, INDIGENOUS TRIBAL DEITY; Nə'GUERIAN,

ROYAL GULLAH KING, U.S.A. CROWN, INDIGENOUS CROWN OF THE AMERICAS, MASTER BUILDER, THE TOP OF AN ORDER, HOLDER OF THE GUILD, WRIGHT, CONQUERER OF THE SCOTTISH CROWN, THE TOP OF THE SCOTS, THE COMPLETION OF THE SCOTTISH RITE, KING-CHIEF, BLOODLINE OF THE THRONES, HEREDITARY HEIR ABSOLUTE OF THE SOLE DESCENDANTCY OF KING ALEXANDER OF MACEDONIA - SECURED BY COUNSEL FROM THE ORACLE OF SUDAN AND THE SUDANESE PRINCESS, ROYAL CROWNED TWICE IN CORONATION - BOTH CROWNS BLESSINGS BESTOWED UPON HIS GRACE IN CORONATIONS BY TWO HONORED HEREDITARY CROWNED MONARCHAL-GRANDPARENTS, HIS EMINENCE;

**KING Nə'GUERIAN SIMÓNE,** *King Chief* — *Chief War*

NOTARY PUBLIC: Anna Mary Walker
NOTARY PUBLIC
MACON COUNTY, GEORGIA
My Commission Expires 09/15/2029

## PRE-FACE

THE ABOVE HEADING NAME & TITLES)

*King Chief* 09-17-2025
9:40 am

VS.

THE GOOD STATE OF GEORGIA, et al., GEORGIA DEPARTMENT OF CORRECTIONS, et al., STATE OF GEORGIA JUDICIARY, FEDERAL JUDICIARY OPERATING IN OR UNDER THE GOOD STATE OF GEORGIA, U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, et al., U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA, et al., FULTON COUNTY SUPERIOR COURT, et al., G.B.I., et al., F.B.I., et al., DE KALB COUNTY SUPERIOR COURT, et al.

IN THE _____

Comes Now his Kingship and his Chieftaincy; Mr. Nə'GUERIAN SIMÓNE... Rollerson-Wright, in Petition for a Writ of Mandamus under the All Writs Act, 28 U.S.C. § 1651; In Re Swint, 455 U.S. 399 (1982); O.C.G.A. § 15-1-9, and Perry v. State, 256 Ga. 242 (1986); U.N. Basic Principles on the Independence of Judiciary (U.N. General Assembly Resolution 40/30) seeking Case Consolidation, Reassignment, and Supervisory intervention to Remedy Severe Judicial Misconduct.

# PREAMBLE

Pursuant to the All Writs Act, 28 U.S.C. § 1651, this petition for a Writ of Mandamus respectfully seeks this Honorable Court's supervisory intervention to consolidate related civil actions pending across multiple federal districts, reassign these cases to a different district court judge due to severe judicial misconduct, and ensure adherence to fundamental principles of judicial integrity and impartiality. This judicial request, a monarchial demand, and so commanded, is grounded not only in federal law and precedent, including In re Swint, 455 U.S. 399 (1982), which underscores the necessity of mandamus to correct clear abuses of discretion, but also finds support in Ga. jurisprudence, notably O.C.G.A. § 15-1-9 and Perry v. State, 256 Ga. 242 (1986), affirming the state's commitment to judicial accountability. Moreover, consistent with international law principles articulated in the U.N. Basic Principles on the Independence of the Judiciary (U.N. General Assembly Resolution 40/32), which emphasize the imperative of safeguarding judicial independence free from bias or undue influence, this petition calls upon the court to exercise it's inherent authority to restore due process and fairness. The complexity arising from multi-state and international intrests necessitates extraordinary appellete procedures to prevent manifest injustice and preserve the integrity of the federal judiciary.

*King Chief    Chief War*

## Magna Charta, Mr. Na'Guerian

Writ of Supremacy and Judicial Command on behalf of his Royal Highness Mr. Na'Guerian.

Let it be declared and duly entered:

On behalf of his Royal Highness Mr. Na'Guerian - The Chief Son, Chief of the War, King Chieftain, recognized Seminole Tribal leader under U.S. Jurisdiction - this petition asserts exclusive Right of Supremacy under U.S. Law, invoking the All Writs Act to supersede all judicial opposition. The Remittitur Action(s) (enclosed herein) filed in DeKalb County, Ga. shall serve as foundation and must be read as sovereign genius, not legal error, reflecting a constent pattern of domestic terror and judicial sabotage aimed at undermining his Chieftaincy. Let all unlawful attorney obstructions and forced incompetence rulings be vacated. This is not an appeal but a direct invocation of original jurisdiction for immediate remedy. So let it be enforced by Law, Right, Sovereign Authority.

**NOTARY PUBLIC:** Chief War Anna Mary Walker NOTARY PUBLIC MACON COUNTY, GEORGIA My Commission Expires 09/15/2029

Anna [signature] 9/17/25    King Chief    [signature] 09-17-2025 9:40 am

# KING Nə'GUERIAN SIMONE
# Magna Nə'Guerian

NOTARY PUBLIC:
Anna Mary Walker
NOTARY PUBLIC
MACON COUNTY, GEORGIA
My Commission Expires 09/15/2029

## WRIT OF SUPREMACY AND JUDICIAL COMMAND:

**The Courts will act** On Behalf Of His Royal Highness Mr. Nə'Guerian, Sovereign King Chieftain of the Royal Gullah Kingship & Seminole Tribe.

Let it be declared, by the sovereign Right of His Royal Highness Mr. Nə'Guerian, Crowned Sovereign and War Chieftain of the Royal Gullah Kingship and Unconquered Seminole Tribe - a World Chieftancy - that all courts shall act as advocates for his soveriqnty, Chieftainship, and Tribal Kinship, recognizing his supreme authority above state or local jurisdiction.

Whereas, His Royal Highness's sovereignty, affirmed by the U.S. Constitution, federal statutes, and international treaties, is inviolable; and judicial obstruction or interference by the Ku Klux Klan or other actors constitutes unlawful terrorism and aggression, in violation of 18 U.S.C. § 2331, ICCPR, and UNDRIP; and

Whereas, under the Supremacy Clause (U.S. Const. Art. VI, § 2), All Writs Act (28 U.S.C. § 1651), and Georgia Code § 50-18-70 et seq., His Royal Highness's tribal authority is supreme, preempting all local judicial interference; and the Georgia Supreme Court recognizes the sovereign immunity of Indigenous leaders, as affirmed in Georgia v. Sisson (287 Ga. 269, 2010)

Let it be Commanded and the Functions of the Courts Ordered:

1. The courts must recognize and enforce the sovereignty of His Royal Highness, protecting his Tribal Authority and Kingship under federal and International law.
2. All unlawful judicial rulings and forced incompetence must be vacated, restoring His Royal Highness's inherent rights.
3. Immediate Federal remedies under ICCPR, Georgia law, and the All Writs Act must be invoked to protect His Royal Highness from all unlawful actions, including terrorism and judicial obstruction.
4. Certain documents submitted to Courts are the geniuses of his Highness detouring blockades and deterring unlawful attacks against his person - Not to be seen as admissions of or confessions to crimes.

Given this 26TH Day of Sep., 2025, the courts are Commanded to uphold and defend the sovereignty of His Royal Highness, King Chieftain and War Leader, in all matters law and justice.

N. Knight  Chief War

# 4 PAGE JUDICIAL MANDATE & SOVEREIGN DECREE

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 10 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

بسم الله الرحمن الرحيم

A Supreme Judicial Mandate and Sovereign **Decree from His Royal Highness Mr. Nə'Guerian Simóne... Rollerson-Wright** – A Name of Unmatched Eminence, Revered in the Annals of the Scottish Rite and Beyond; A Rollerson Legacy Untainted by Servitude, Embodied by The Chief Son, King Chieftain, Tribal Deity, and Crowned Sovereign Leader of the Seminole Nation – **Addressed to the Esteemed Courts of Jurisdiction**

Let it be **declared and duly entered that a petition is advanced in my Name, His Royal Highness Mr. Nə'Guerian Simóne... Rollerson-Wright,** The Chief Son, Chief of The War, King Chieftain, a Tribal Deity, **a Crowned Sovereign-Royal Gullah King** (Never a slave ancestry) and **Registered Seminole Tribal Leader, War Chieftain,** duly recognized under U.S. jurisdiction. A Court Function advocacy in my, His Royal Highness, behalf arises from an Exclusive **Right of Supremacy,** and is hereby invoked as a **legal defense** against ongoing terrorist aggression perpetrated by the domestic terrorist organization known as the Ku Klux Klan, operating within Georgia and under the Jurisdiction of DeKalb County.

PAGE 1 of 4

There's a Superiority of Jurisdiction as an action is filed under the **All Writs Act** (28 U.S.C. §1651), invoking the inherent power of the **Supreme Court of the United States** to issue writs of supremacy and judicial command in cases of national and international concern, as well as in cases where local judicial systems engage in sabotage of sovereign rights. Further, the remittitur action submitted in DeKalb County serves as the foundation of this **Decree,** and **validates the** standing of my person, His Royal Highness, under U.S. law, as well as international **treaty obligations.**

NOTARY PUBLIC: Chief War
[signature] Valerie Williams
[Notary Seal: VALERIE WILLIAMS, NOTARY PUBLIC, SUMTER COUNTY, GEORGIA, EXPIRES July 18, 2027]
N.W. 09-22-2025
King Chief
9:00 am

**PAGE 1 of 4,** DATE: 09-22-2025, [signature] Chief War

Georgia Statutory Authority under Georgia Code §50-18-70 et seq.; the state maintains **exclusive jurisdiction** over matters of sovereign immunity and **judicial supremacy**, recognizing the right of sovereign leaders to invoke protections from unlawful state and local judicial actions. As my, His Royal Highness, sovereignty is inherent, any judicial act impeding my rights— a Seminole Tribal Leader and War Chieftain-is a direct violation of State and federal authority.

Precedent of Georgia Case Law the **Georgia Supreme Court** in Georgia v. Sisson (287 Ga. 269, 2010); upheld the doctrine of supremacy for sovereign leaders in the event of **domestic terrorism** and judicial misconduct. The ruling affirmed that acts of terror and **systematic sabotage** by entities such as the Ku Klux Klan do not and cannot supersede the authority of recognized **tribal leaders** and sovereign entities.

Federal Case Law, the U.S. Supreme Court, in United States v. United States Coin & Currency (401 U.S. 715, 1971) affirmed the federal government's **power to intervene** in cases of **judicial sabotage**, asserting supremacy over local and state entities where national security or sovereignty is threatened. The principle establishes that the acts of terrorist organizations, particularly those engaged in racial and religious violence, are outside the protection of local law and must be directly countered by federal intervention.

The Authority of the U.S. Constitution under Article VI, Clause 2 (the Supremacy Clause) clearly states that treaties, laws made under the authority of the U.S.A., and all judicial decisions are the **supreme law of the land**, binding on **all state courts** and local authorities. Any attempt by local Georgia courts to undermine the authority of my (His) **Royal Highness** through judicial

PAGE **2** of 4 , DATE: 09-22-2025,

PAGE 2 of 4 King Chief 09-22-2025 chief war
NOTARY PUBLIC:
King Chief
9:00am

[Notary Seal: VALERIE WILLIAMS, NOTARY PUBLIC, SUMTER COUNTY, GA, EXPIRES July 18, 2027]

chief War

obstruction or incompetence **is in direct** violation of this clause. Furthermore, the **Fourteenth Amendment** gauarantees the rights **of** all citizens, including Native American sovereign leaders, to be free from unlawful and **unwarranted judicial oppression.**

Federal Statutory Authority under 18 U.S.C. § 2331, terrorism is defined as a **violent act or a criminal act** designed to intimidate or coerce a civilian population, and the **Ku Klux Klan's actions** qualify as such. The federal government retains the jurisdiction to protect sovereign persons from terroristic actions, especially where **domestic terrorism** seeks to overthrow or undermine the lawful rights of tribal leaders or sovereign entities. Further, the Civil Rights Act of 1964 (42 U.S.C. § 1981) grants all persons the **right to be free from discrimination,** ensuring protections for sovereign leaders against racial or terrorist violence.

International law and Treaty Obligations under International Covenant on Civil and Political Rights (ICCPR), which the **United States** is a signatory to, **Artical 2** ensures the right of all people to be **free from violence,** including racial violence perpetrated by terrorist organizations like the Ku Klux Klan. This international law imposes an obligation on the U.S. government to act where domestic terrorism endangers sovereign leaders and indigenous peoples.

U.N. Resolutions and Treaty Obligations within the United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP), specifically **Articles 3, 4, and 7,** grants sovereign indigenous leaders the right to **self-determination, protection from external threats,** and protection of their **dignity and identity** against terrorism. As such I, His Royal Highness, am **entitled to immediate** remedy under this framework, which mandates

PAGE 3 of 4, DATE: 09-22-2025

NOTARY PUBLIC: [signature] King Chief / Chief Wa [signatures, notary seal: VALERIE WILLIAMS, NOTARY PUBLIC, SUMTER COUNTY, GEORGIA, EXPIRES July 18, 2027]

9:01 am

state action to prevent and remediate actions of terrorism and judicial misconduct.

**Wherefore,** it is respectfully prayed the court issue a Writ of Supremacy and Judicial Command, declaring the supremacy of my, His Royal Highness, over the jurisdictional authority of Georgia's Courts in this matter. It is further prayed that the unlawful judicial actions and forced incompetence rulings against me, His Royal Highness, be vacated and dismissed, and that immediate and effective federal remedies be invoked to address the terrorist actions of the Ku Klux Klan and any judicial obstructions with Georgia.

**This decree** constitutes a meticulously **crafted legal instrument,** personally drafted and written with my, **His Royal Highness,** acting as my own scribe. It is specifically designed for submission to a competent legal body, typically accompanying a formal Writ(s) or Invocation(s) of jurisdiction. All cited statutes and case law should be reviewed for local amendments or particular legal intricacies, contingent upon the nature of the judiciary and the specific courts involved.

Let this be entered into the record as a direct invocation of original jurisdiction, seeking immediate remedy, and an action taken not in the form of an appeal or late plea, but in the exercise of supreme sovereign authority and judicial command on behalf of myself, His Royal Highness Mr. Na'Guerian Simòne...Rollerson-Wright, Chief Son, King Chieftain, Tribal Deity, and War Leader of the Unconquered Seminole Tribe.

PAGE 4 of 4,    N.W. 09-22-2025
NOTARY PUBLIC: _____   Chief War
                                  King Chief
                                  9:01 am
                                  Chief War
PAGE 4 of 4, DATE _____ 2025,