## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

NE'GUERIAN SIMONE
ROLLERSON-WRIGHT,                    :
                                     :
                                     :
         Plaintiff,                  :
                                     :
    V.                               :    NO. 5:25-cv-00554-MTT-ALS
                                     :
GOOD STATE OF GEORGIA, *et al.,*     :
                                     :
         Defendants.                 :
_____     :

## ORDER OF DISMISSAL

Plaintiff Ne'guerian Simone Rollerson-Wright, a prisoner in Macon State Prison in Oglethorpe, Georgia, filed a document in the Northern District of New York that was docketed as a 42 U.S.C. § 1983 civil rights complaint. ECF No. 1. Plaintiff also filed a motion for leave to proceed in this action *in forma pauperis*. ECF No. 4. Thereafter, the Northern District of New York transferred the case to this Court. ECF No. 7.

Following the transfer, mail sent to Plaintiff by this Court was returned with a notation that it was refused by Plaintiff. ECF Nos. 10 & 11. As a result, the Magistrate Judge cautioned Plaintiff that it is his responsibility to prosecute this case, which includes accepting mail sent by this Court. ECF No. 12. The Magistrate Judge also ordered Plaintiff to respond and show cause why this case should not be dismissed based on his failure to prosecute this case. *Id.* Plaintiff was given fourteen days to respond to the show cause order and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have passed since that order was entered, and Plaintiff has not responded to the order or otherwise communicated with the Court.    Therefore, because Plaintiff has failed to follow the Court's order and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

　　**SO ORDERED**, this 6th day of May, 2026.


S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT JUDGE

2